**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **BLAINE PENNISON** | * | **CIVIL ACTION NO. 17-00875**<br>**SEC. P.** |
| **VERSUS** | * | **JUDGE ROBERT G JAMES** |
| **CLAY JOHNSON** | * | **MAG. JUDGE KATHLEEN KAY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, for the reasons stated in the Magistrate Judge's Report and Recommendation, and for those additional reasons in the Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of *Habeas Corpus* is **DENIED AND DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

MONROE, LOUISIANA, this 1st day of June, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE